

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB:RMT
F.#2010R01540

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2012

**By Hand and ECF**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Sami Waters
         Criminal Docket No. 10-708 (NG)

Dear Judge Gershon:

    The government respectfully submits this letter with regard to scheduling of the upcoming trial in the above-referenced matter.

    Your Honor ordered that trial would commence immediately following jury selection on February 27, 2012. However, the government learned last week that its anticipated first witness, the victim in this case, is unavailable on that date because of work and school obligations.

    Accordingly, the government requests that jury selection proceed on February 27, 2012, and then opening statements and the taking of testimony commence on February 28, 2012. Defense counsel has advised that he consents to this request.

We thank the Court for its attention to this matter.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:   /s/
       Richard M. Tucker
       David Sarratt
       Assistant U.S. Attorneys
       (718) 254-6204/6418

cc:  Mark Steven DeMarco, Esq. (By ECF)
    Clerk of Court (NG) (By ECF)