UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

SAMI WATERS,

                  **Defendant**
-------------------------------------------------------------X

ORDER
10 Cr. 708 (NG)

FEB 17 2012

To:   Warden, Metropolitan Detention Center
       MDC Brooklyn

Re:   Sami Waters
       Reg. No. 78425-053

Upon the application of Mark S. DeMarco, attorney for the above referenced defendant/inmate, and upon all proceedings previously herein, the **MDC IS HEREBY ORDERED TO ACCEPT THE FOLLOWING CLOTHING AND TO PERMIT MR. WATERS TO WEAR THIS CLOTHING FOR THE DURATION OF HIS TRIAL WHICH IS SCHEDULED TO COMMENCE ON FEBRUARY 27, 2012:**

        **2 PAIRS OF PANTS**

        **2 SUIT OR SPORTS JACKETS**

        **3 DRESS SHIRTS**

        **3 TIES**

        **3 PAIRS OF SOCKS**

        **1 LEATHER BELT**

        **1 PAIR DRESS SHOES**

DATED: February 15, 2012

                                                  s/NG

SO ORDERED: _____
                               HON. NINA GERSHON, U.S.D.J.